JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ROBATEAU,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF PASADENA, PASADENA POLICE DEPARTMENT, CHIEF JOHN PEREZ, OFFICERS SALAZAR, WILF, ROSEN and GUERRERO, and DOES 1-10,<br><br>           Defendants. | Case No. 19-cv-10173 SVW (PLAx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)(ii)]** |

Based on the parties' stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Court orders the dismissal of this entire action, including all claims against each defendant, with prejudice. The parties bear their own fees and costs as to this action only.

Dated: July 31, 2020

_____
United States District Judge

- 1 -